AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Kyle D. Lawrence<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  1:26-mj-150<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   1/18/2026 through 2/1/2026   in the county of   Hamilton   in the   Southern   District of   Ohio  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2423(a) | Transportation with Intent to Engage in Criminal Sexual Activity |
| 18 U.S.C. § 2423(b) | Travel with Intent to Engage in Illicit Sexual Conduct |
| 18 U.S.C. § 2252A(a)(1) & (b)(1) | Transportation of Child Pornography |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Brandon Capps*
Complainant's signature

Brand Capps, SA FBI
Printed name and title

Sworn to before me and signed in my presence.

Date:  02/26/2026

*Karen L. Litkovitz*
Karen L. Litkovitz
United States Magistrate Judge

City and state:  Cincinnati, Ohio

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**AFFIDAVIT**

I, Brandon Capps, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since March of 2020. Prior to my employment at the FBI, I was employed for three years as a Certified Public Accountant for Plante Moran, PLLC. I am currently assigned to violent crime squad at the FBI Cincinnati Field Office. While employed by the FBI, I have investigated federal criminal violations related to violent crimes against children and the sexual exploitation of children, among others. I have gained experience through training at the FBI to include interviewing techniques, arrest procedures, search and seizure, and investigative techniques. Additionally, I have experience utilizing confidential informants, toll records, GPS information, digital and social media search warrants, bank records, and other analytical procedures in furtherance of federal investigations. As a federal agent, I am authorized to investigate violations of United States laws and to execute warrants issued under the authority of the United States.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 8 U.S.C. § 2423(a) – Transportation with Intent to Engage in Criminal Sexual Activity; 18 U.S.C. § 2423(b) - Travel with Intent to Engage in Illicit

Sexual Conduct; and 18 U.S.C. § 2252A(a)(1) – Transportation of Child Pornography, the "subject offenses", have been committed by **KYLE D. LAWRENCE** (herein "**Lawrence**"), a 43 year old male. I make this affidavit is support a criminal complaint for those charges.

## PROBABLE CAUSE

4. On February 16, 2026, Colerain Township Police Department (OH)("CTPD") responded to the listed address for a missing juvenile report. CTPD made contact with ▇▇▇, who reported that ▇▇▇▇▇▇▇▇▇▇ Minor Victim, hereby "Minor Victim") has been missing since February 13, 2026 at approximately 4:00PM ET when Minor Victim asked if she could spend the night at a friend's house. Of note, the family lives at ▇▇▇▇▇▇▇ located in Colerain Township, Ohio. The parents agreed to the sleepover and Minor Victim never returned home. Attempts to call her went straight to voicemail. The reporting CTPD officer reviewed video surveillance from the vicinity of Minor Victim's home and observed Minor Victim leave the ▇▇▇ around 4:00 pm. Police were able to observe Minor Victim's movements in vicinity of her home and noted her clothing, including that she was carrying a black backpack and a white grocery bag.

5. On February 24, 2026, ▇▇▇▇▇ told CTPD that Minor Victim ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ The ▇▇ stated that on or around January 31, 2026, Minor Victim met a person online that she called "Dad Bod" and spent the night with this person. Further statements made by ▇▇▇▇ indicated Minor Victim was communicating with an unknown adult male, believed to be approximately 40 years old. ▇▇▇▇▇▇ described the unknown man as having blue eyes and a "dad bod". The ▇▇ stated that Minor Victim was in contact with the man for about a month before her disappearance and had previously met him in person at a hotel approximately

2

one week before she went missing. The ▓▓▓ said Minor Victim stayed with the man for a weekend returned to their home happy, telling her sister that the man bought Minor Victim vapes. The ▓▓▓ told law enforcement she thought Minor Victim was with the man now.

6. Law enforcement's continued review of ▓▓▓▓▓▓ surveillance cameras on January 31, 2026, located Minor Victim entering a black Jeep Grand Cherokee bearing New York license plate MAC 9193 at about 5:04 pm. License plate readers detected the same vehicle arriving at Tru by Hilton, 11155 Dowlin Drive, Cincinnati, Ohio 45241 at approximately 5:50 pm. Tru by Hilton's cameras observed a white male and Minor Victim enter their hotel together. Law enforcement obtained a receipt for the room as part of their investigation and learned it was rented by **KYLE LAWRENCE,** at address 129 Reo Avenue, Lower, Cheektowaga, New York 14211, who used telephone number (607) ▓▓▓▓. Pursuant to their investigation, Enterprise Car Rental was contacted and stated the Jeep Grand Cherokee was rented by **KYLE LAWRENCE,** at address 129 Reo Avenue, Lower, Cheektowaga, New York 14211, who used telephone number (607) ▓▓▓▓. The date for this rental was January 29, 2026, from New York and returned to New York on February 7, 2026.

7. In May 2024, **LAWRENCE** was the subject of a report to the FBI. The incident stated that **LAWRENCE** was confronted by a citizen vigilante group while in Canada. The group confronted **LAWRENCE** for traveling to Canada to have sexual contact with a purported 15-year-old girl. The group later posted their confrontation with **LAWRENCE** online. In June 2024, pursuant to the report, a Buffalo Field Office Special Agent attempted to interview **LAWRENCE** at his residence. **LAWRENCE** was not present and later contacted the Agent and advised he would not speak to the FBI without an attorney. In July 2024, the same Agent attempted to contact **LAWRENCE** again, who never returned calls.

3

8. Pursuant to this investigation, the FBI located two National Center for Missing and Exploited Children (NCMEC) Cyber Tipline ("Cyber Tip") reports: 169840971 (dated 08/07/2023) and 215299451 (dated 07/03/2025). The first Cyber Tip, 169840971 stated that in August 2023, a concerned citizen contacted NCMEC and reported that Snapchat user "Kyell227" was participating in child exploitation activity. Specifically, the report stated "SC: Kyell227 (claimed to have girls do sexual things for him)". On February 25, 2026, pursuant to this investigation, NCMEC provided this Cyber Tip which showed "Kyell227" used IP address 207.66.76.74 from an identified location given in latitude and longitude. The report stated that the latitude and longitude were accurate to 9 meters; when the location was plotted, it was over 129 Reo Avenue, Lower, Buffalo, New York 14211.

9. The second Cyber Tip, report number 215299451, was dated 07/03/2025. The report was authored after Dropbox located possible ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ screen name "Kyle Lawrence", email address klawrence6@liberty.edu, and IP address 207.66.76.74 uploaded three files of apparent child pornography to Dropbox. FBI Buffalo conducted a review of **LAWRENCE**'s LinkedIn page and noted the page lists Liberty University under his education section. Dropbox personnel viewed these files before submitting them to NCMEC. After reviewing the Cyber Tip, FBI Buffalo contacted New York State Police (NYSP) Senior Investigator Eric Daigler who advised the NYSP had these three files of apparent child pornography in their holdings. He offered to bring the files to the FBI's Buffalo Field Office for review.

10. On February 25, 2026, FBI Buffalo reviewed the three files obtained from Senior Investigator Daigler and developed the chart below based on the review. FBI Buffalo agents reviewed file IMG_20250703_084221_626.jpg and notated that it depicted apparent child pornography. Per

4

FBI Buffalo's review of the file, FBI Buffalo advised the same image is of a girl that resembles Minor Victim.

| File Name | Date | Description |
|---|---|---|
| VID_20250423_094751_043.mp4 | 04/23/2025 (based on file title) | A video file, 37 seconds in duration, that depicts a close view of self-penetration of the anus/rectum using a hairbrush. Since the video does not show the individual's face/body, it is difficult to assert an age |
| IMG_20250703_084256_081.jpg | 07/03/2025 (based on the file name) | A close-up image of an anus and vagina. Since the image does not show the individual's face/body, it is difficult to assert an age |
| IMG_20250703_084221_626.jpg | 07/03/2025 (based on the file name) | An image of a mid-pubescent girl, approximately 15 years old, ▮▮▮ The picture was produced ▮▮▮ |

11. The New York State Department of Motor Vehicles (NYS DMV) lists **LAWRENCE** as the resident at 129 Reo Avenue, Lower, Buffalo, New York 14211. An attempt to locate WiFi accounts in vicinity of the target residence did not yield any open WiFi networks, meaning everything detected was password protected. On February 25, 2026, FBI Task Force Officer Brian Bloom drove to 129 Reo Avenue, Lower, Buffalo, New York 14211 where he observed a black Toyota Prius bearing New York State license plate KJR 5194 parked inside the garage with the door open. A query of NYS DMV displayed that the vehicle is registered to **LAWRENCE** at 129 Reo Avenue, Lower, Buffalo, New York 14211.

12. On February 26, 2026, FBI Buffalo executed a federal search warrant at **LAWRENCE**'s residence located at 129 Reo Avenue, Lower, Buffalo, New York 14211. As a result of the search warrant, FBI Buffalo seized several electronic devices to include: a cell phone and a laptop. FBI Buffalo interviewed **LAWRENCE** who was present during the execution of the

5

federal residential warrant. **LAWRENCE** advised that he possessed child sexual abuse material on the cell phone and laptop. Additionally, **LAWRENCE** advised that he traveled on two different occasions, approximately January 19, 2026, and January 31, 2026 respectively to Cincinnati, OH from New York to pick up Minor Victim at/near her residence and take her to a hotel ▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ On the January 19, 2026 trip, **LAWRENCE** advised he picked up Minor Victim and traveled to the Days Inn near the Cincinnati International Airport (CVG) located in Northern Kentucky. On the January 31, 2026 trip, **LAWRENCE** advised he picked up the Minor Victim and traveled to a Hilton Hotel in greater Cincinnati Ohio area. **LAWRENCE** advised that he communicated with Minor Victim via Snapchat application on his cell phone and would use location services on the application to locate her when he picked her up.

## CONCLUSION

13. I submit that this affidavit supports probable cause for the charges in the criminal complaint.

Respectfully submitted,

*Brandon Capps*
Brandon Capps - Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
via FaceTime on February __26__, 2026

*Karen L. Litkovitz*
Karen L. Litkovitz
United States Magistrate Judge

6